1236

No. 93–1626.  TRUEX *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–1629.  STEPHENS *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 11th Cir.  Certiorari denied.

No. 93–1643.  BUDD ET UX. *v.* CITY OF SEWARD, ALASKA, ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 93–1673.  CHONICH ET AL. *v.* WAYNE COUNTY COMMUNITY COLLEGE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–1745.  KILPATRICK *v.* STATE BAR OF TEXAS.  Sup. Ct. Tex.  Certiorari denied.

No. 93–1746.  TWEEDY *v.* AMERICAN AIRLINES, INC.  C. A. 10th Cir.  Certiorari denied.

No. 93–1747.  EIGHT UNKNOWN OFFICERS *v.* CENTANNI.  C. A. 6th Cir.  Certiorari denied.

No. 93–1749.  SCHOOLCRAFT *v.* UTAH ET AL.  C. A. 10th Cir. Certiorari denied.

No. 93–1750.  MACE *v.* BLUNT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–1753.  CITY OF TIMBER LAKE, SOUTH DAKOTA, ET AL. *v.* CHEYENNE RIVER SIOUX TRIBE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–1756.  COHEN *v.* CITY OF DES PLAINES.  C. A. 7th Cir. Certiorari denied.

No. 93–1760.  OHIO *v.* CARPENTER.  Sup. Ct. Ohio.  Certiorari denied.

No. 93–1761.  SCHMIDT ET AL. *v.* TEXAS ET AL.  Sup. Ct. Tex. Certiorari denied.

No. 93–1764.  TAKEALL *v.* PEPSICO, INC.  C. A. 4th Cir.  Certiorari denied.

No. 93–1769.  SCHOOL DISTRICT NO. 1J, MULTNOMAH COUNTY, OREGON *v.* ACANDS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.